UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-7810

BRUCE M. FRENCH,

Plaintiff - Appellant,

versus

WARDEN GREENE, Brunswick Correctional Center;
R. MCDILDA, Sergeant,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. T. S. Ellis, III, District
Judge. (CA-97-1997-AM)

Submitted: February 25, 1999      Decided: March 10, 1999

Before HAMILTON, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bruce M. French, Appellant Pro Se. Pamela Anne Sargent, Assistant
Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Bruce French appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint without prejudice. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See French v. Greene, No. CA-97-1997-AM (E.D. Va. Nov. 30, 1998).[*] We further deny French's motion for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The district court order was filed November 24, 1998.